HABIB J. GASTON *v.* COMMISSIONER
OF CORRECTION
(AC 32214)

DiPentima, C. J., and Beach and Foti, Js.

Argued October 21—officially released November 8, 2011

Per Curiam. The appeal is dismissed.

KHALID IBRAHIM *v.* COMMISSIONER
OF CORRECTION
(AC 31963)

Gruendel, Lavine and Espinosa, Js.

Argued October 21—officially released November 8, 2011

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* MICHAEL
JAMES PELELLA
(AC 30843)

Lavine, Alvord and Borden, Js.

Argued October 24—officially released November 15, 2011

Per Curiam. The judgments are affirmed.